**Motion Granted; Order filed October 8, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00246-CV
_____

## IN THE MATTER OF R.C.

---

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-04332J**

---

## ORDER

On August 15, 2019, this court issued an opinion dismissing this appeal. On September 19, 2019, appellant filed a motion to reinstate the appeal. The motion is **GRANTED**.

This court's opinion filed August 15, 2019, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED**. Appellant filed his brief on October 3, 2019. Appellant's motions to extend time to file his brief are dismissed as moot. Appellee's brief is due 20 days from the date of this order.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Wise and Hassan.